**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KENDRICK E. DULDULAO,**

    **Plaintiff,**

v.                                                Case No.  8:10-cv-1135-T-30MAP

**SERHAT KOCATAS and**
**FOCACCIA MIA MANAGEMENT, INC.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Final Default Judgment as to Defendant Serhat Kocatas (Dkt. 34). Defendant Kocatas has filed an answer and thereby has appeared in this action. Default judgment cannot be entered as long as Kocatas's Answer is pending. If Kocatas has failed to perform some required act, Plaintiff may move to strike his answer. If Kocatas's Answer is stricken, Plaintiff may move for clerk's default under Federal Rule of Civil Procedure 55(a). After a clerk's default is entered, Plaintiff may then seek final default judgment under F.R.C.P. 55(b). It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment as to Defendent Serhat Kocatas (Dkt. 34) is DENIED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1135.deny final default.frm